**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* | § | |
| PATRICIA LESKO, | § | |
| | § | |
| Plaintiff-Relator, | § | |
| | § | Civil No. 3:24-CV-865-K |
| v. | § | |
| | § | |
| UNIVERSITY OF DALLAS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff United States of America's Notice of Intervention for Purpose of Dismissal, filed on December 2, 2024. Upon consideration of same, the Court ORDERS as follows:

1. The following documents shall be unsealed and publicly docketed:

   - the False Claims Act Complaint Filed Under Seal Under 31 U.S.C. § 3730(b)(2), filed by plaintiff-relator Patricia Lesko

   - the Notice of Intervention for Purpose of Dismissal, filed by plaintiff United States of America

   - this Order

2. All other papers or orders on file in this matter prior to the date of this Order shall remain under seal. However, this action shall be unsealed going forward such that any documents filed in this action after the date of this Order shall be filed

1

on the public docket unless filed under seal pursuant to some other order of this Court,

or filed in connection with an appropriate motion to seal under the local civil rules.

**SO ORDERED.**

Signed December 3rd, 2024.

_Ed Kinkeade_

ED KINKEADE
UNITED STATES DISTRICT JUDGE

2